FILED

AUG -7 2019

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TODEANNA LOPEZ,<br><br>Defendant. | CR 18-109-BLG-SPW-2<br><br>ORDER |

For the reasons stated on the record, TODEANNA LOPEZ is hereby released from the custody of the U.S. Marshal Service.

DATED this 7th day of August, 2019.

*SUSAN P. WATTERS*
U.S. DISTRICT JUDGE

1